# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CORDELL COLLINS

NO. 2026 KW 0303

**JUNE 1, 2026**

---

In Re:    Cordell Collins, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 05-04-0462.

---

**BEFORE: THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

**WRIT DENIED AS MOOT.** The East Baton Rouge Parish Office of the Clerk of Court's record shows that on March 12, 2026, a copy of the district court's Order dismissing relator's application for postconviction relief was mailed to relator at Louisiana State Penitentiary.

**MRT**
**KEB**
**BDH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] **Haggerty, J.,** serving *pro tempore*, by special appointment of the Louisiana Supreme Court.